**Opinion issued July 17, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

### NO. 01-25-00472-CV

———————————

## IN RE FELIX ROMERO AND SEASHORE TRANSPORTATION SERVICE, LLC, Relators

---

**Original Proceeding on Petition for Writ of Mandamus**

---

### MEMORANDUM OPINION

Relators, Felix Romero and Seashore Transportation Service, LLC, have filed a petition for writ of mandamus, complaining of the trial court's February 11, 2025 order denying relators' No-Evidence Motion for Summary Judgment and its May 15, 2025 order denying relators' Motion for New Trial.[1] Specifically, relators

---

[1] The underlying case is *Latrell Dondee Adams v. PGS USA, LLC, Felix Romero, and Seashore Transportation Service, LLC*, cause number 2023-78774, pending in the 127th District Court of Harris County, the Honorable Denise Brown presiding.

argue that the trial court erred in ruling on these motions without also entering a separate, signed order ruling on their objections to the real-party-in-interest's summary-judgment evidence.

We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.